No. A–776. FREEDOM INSTITUTE OF AMERICA ET AL. *v.* NEW JERSEY. Application for stay of orders of the Supreme Court of New Jersey, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. A–784. SHARPE *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Application for stay and/or continued release on bond, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. 81, Orig. KENTUCKY *v.* INDIANA ET AL. Report of the Special Master received and ordered filed. Motion of Public Service Company of Indiana, Inc., for leave to intervene denied. Motion of Public Service Company of Indiana, Inc., for leave to. file a brief as *amicus curiae* granted. Motion for summary adoption of the Report of the Special Master granted and case remanded to the Special Master so that with the cooperation of the parties he may prepare and submit to the Court an appropriate form of decree. [For earlier order herein, see, *e. g.,* 444 U. S. 816.]

No. 79–1203. LUCKY MC URANIUM CORP. *v.* GEOMET EXPLORATION, LTD. Sup. Ct. Ariz. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 79–1268. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* MCRAE ET AL. D. C. E. D. N. Y. [Probable jurisdiction noted, 444 U. S. 1069.] Motion of Alan Ernest to be appointed as counsel for children unborn and born alive denied. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 79–1298. UNKNOWN NAMED CHILDREN UNBORN AND BORN ALIVE *v.* GREENE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of habeas corpus denied.

No. 79–1300. DACEY *v.* NARUK ET AL. Motion for leave to file petition for writ of mandamus denied.